1  DOUGLAS E. GEYMAN (SBN: 159417)
   Law Office of Douglas E. Geyman
2  750 B Street, Suite 2635
   San Diego, CA 92101
3  Telephone: (619) 232-3533

4

5  Attorney for Plaintiff RONALD KEYSER

6

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 RONALD KEYSER, an individual      )   CIVIL NO.: '08 CV 1590 WQH CAB
                                     )
11              Plaintiff,           )
                                     )   **COMPLAINT FOR:**
12 v.                                )
                                     )   UNLAWFUL EMPLOYMENT
13 JOHN E. POTTER, POSTMASTER        )   DISCRIMINATION BASED ON RACE
   GENERAL, UNITED STATES            )   (42 USC §2000e, *et seq.*)
14 POSTAL SERVICE, and DOES 1        )
   Through 50, inclusive,            )
15                                   )   **JURY TRIAL DEMANDED**
                Defendant.           )
16 _____   )

17       Plaintiff RONALD KEYSER ("Keyser" or "Plaintiff"), for his complaint alleges as
18 follows:
19       1.    Plaintiff brings this action pursuant to the provisions of 42 USC §2000e,
20 *et seq.* ("The Civil Rights Act") to obtain such legal and equitable relief as will effectuate the
21 purposes of the aforementioned statute.
22                        **JURISDICTION AND VENUE**
23       2.    Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. § 1331
24 and 29 USC § 62(c)).
25       3.    Venue in the United States District Court for the Southern District of
26 California is proper under 28 U.S.C. § 1391(b).
27 ////
28 ////

## THE PARTIES

4. Plaintiff Ronald Keyser ("Plaintiff" or "Keyser") is an individual residing in the State of California, County of San Diego.

5. Plaintiff is informed and believes and thereon alleges that defendant United States Postal Service ("Defendant" or "the USPS") is, and all times relevant herein was, a public entity established by the Executive Branch of the United States Government.

## PROCEDURAL AND FACTUAL BACKGROUND

6. Plaintiff is a member of the protected class of race under under 42 USC §2000e, *et seq.* ("the Civil Rights Act").

7. On or about September 1995 Plaintiff became employed with the USPS. At all times herein relevant, Plaintiff's position tile was Letter Carrier, Grade Level PS-6.

8. Plaintiff is Caucasian. At all times herein relevant, most of Plaintiff's co-workers and all persons in Plaintiff's managerial chain of command were of African-American or other-than-Caucasian racial heritage.

9. At all times herein relevant, Plaintiff was aware of other co-workers and managers who used their assigned USPS gas cards to purchase fuel for their personal vehicles. Plaintiff was aware that these persons were reprimanded for the unauthorized use of their gas cards and, in some cases, moved to other work locations, but did not have their employment with the USPS terminated. Plaintiff was also aware that persons who were reprimanded but not terminated were of a racial heritage other than Caucasian.

10. Plaintiff enjoyed a reputation of a good, honest, reliable and hard-working employee during the pendency of his employment with the USPS.

11. In or about September 2007, Plaintiff was confronted by his management with allegations of unauthorized use of his assigned USPS gas card. Plaintiff admitted to the unauthorized use of the gas card and expressed remorse and embarrassment for his temporary lapse in judgment.

12. On or about October 15, 2007, the USPS issued a Notice of Proposed Removal from the Postal Service ("Removal Notice") to Plaintiff.

13. On or about November 15, 2007, the USPS sent a Letter of Decision ("Decision Letter") to Plaintiff, informing him that his employment with the USPS would terminate effective November 23, 2007. Plaintiff thereafter participated in the Grievance & Arbitration process wherein, under duress, an agreement that Plaintiff would resign effective January 1, 2008 was reached.

14. Plaintiff is informed and believes, and thereon alleges, that the termination of his employment with the USPS was excessive and abusive, and not in keeping with the level of reprimand given by the USPS to other employees who committed the same offense as Plaintiff.

15. Plaintiff is informed and believes, and thereon alleges, that similarly situated employees, all of whom were of racial heritage other than Caucasian, were not terminated, and were given preferential treatment based on their race.

16. Plaintiff believes and thereon alleges that persons making the decision on the level of reprimand that would be appropriate for Plaintiff made the decision to mete out a much harsher and excessive punishment to Plaintiff through the termination of his employment based on his race (Caucasian).

17. The Civil Rights Act expressly prohibits discrimination based on race, among other things. Plaintiff believes and thereon alleges that the USPS considered his race and discriminated against him thereon in making the decision to terminate his employment.

18. On on about March 31, 2008, Plaintiff filed a complaint for discrimination with the Equal Employment Opportunity Commission ("EEOC") and against the Post Office based on his race, Case No. 4F-920-0053-08 (The Discrimination Complaint").

19. On or about July 30, 2008, The EEOC issued it Final Agency Decision, and granted Plaintiff the right to bring suit in United States District Court, who timely files this action.

///
///
///

## COUNT I

### Unlawful Employment Discrimination Based on Race

### (42 USC §2000e , *et seq.*)

20. Plaintiff incorporates herein by references paragraphs 1 through 19 of this complaint as though fully set forth herein.

21. Plaintiff's employment with the USPS was terminated on or about January 1, 2008, after which Plaintiff filed a complaint for employment discrimination based on his race (Caucasian).

22. Race is a protected class under 42 USC §2000e , *et seq.*

23. Plaintiffs claims of employment discrimination based on race are supported by the acts alleged herein.

24. As a result of Defendant's discriminatory acts, Plaintiff has suffered economic and other losses, including, but not limited to, loss of gainful employment, lost earnings, loss of leave time and other employment benefits, lost retirement benefits and privileges, and damages for emotional distress, humiliation and mental anguish, in an amount not less than Five Hundred Thousand Dollars ($500,000.00) in compensatory damages.

### PRAYER FOR RELIEF

WHEREFORE Plaintiffs prays for relief as follows:

1. For reinstatement to his position as Letter Carrier with the USPS, with full rights and benefits as though no interruption in his employment tenure had occurred:

2. For compensatory damages, including, but not limited to, lost earnings, lost leave time and other benefits including lost retirement benefits and privileges, damages for emotional distress, humiliation and mental anguish, all in an amount not less than Five Hundred Thousand Dollars ($500,000.00).

3. For back pay retroactive to the date that Plaintiff's employment was terminated by the USPS;

4.     For reasonable attorneys fees;

5.     For costs of suits;

6.     For such other and further relief as the Court may deem appropriate.

August <u>28</u>, 2008             LAW OFFICES OF DOUGLAS E. GEYMAN

By: _____
     Douglas E. Geyman, Esq.
     Attorney for Plaintiff RONALD KEYSER

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
2008 AUG 29 PM 12: 49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## I. (a) PLAINTIFFS
RONALD KEYSER

**DEFENDANTS**
John E. Potter, et al

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
DOUGLAS E. GEYMAN, ESQ. (SBN 159417) (619)232-3533
750 B St., Ste 2635, San Diego, CA 92101

Attorneys (If Known)

**'08 CV 1590 WQH CAB**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Section 2000e
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 08/28/2008
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 154365  AMOUNT $350.00  APPLYING IFP  JUDGE  MAG. JUDGE
TB 08/29/08



```
           UNITED STATES
           DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

          #  154565      -  MB
          * * C O P Y * *
          August 29, 2008
              12:52:05

             Civ Fil Non-Pris
   USAO #.: 08CV1590 CIVIL FILING
   Judge..: WILLIAM Q HAYES
   Amount.:
   Check#.: BC4028        $350.00 CK


   Total-> $350.00


   FROM: RONALD KEYSER VS
         JOHN E POTTER, ET AL
```