Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

RONALD KEYSER, *Plaintiff, an individual*

vs

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, AND DOES 1 through 50, INCLUSIVE *Defendant*

FILED
2008 AUG 29 PM 12:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1590 WQH CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DOUGLAS E. GEYMAN, ESQ.
750 B STREET, SUITE 2635
SAN DIEGO, CA 92101

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. HAMILTON

AUG 29 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)